Warrant for Arrest of Defendant (Rev. 7-52)  Cr. Form No. 12

# United States District Court
## FOR THE
### Northern District of Ohio, Eastern Division

UNITED STATES OF AMERICA

v.

Theodore John Conrad

No. CR 69-369

To: any United States Marshal or any other authorized officer

You are hereby commanded to arrest Theodore John Conrad and bring him forthwith before the United States District Court for the Northern District of Ohio in the city of Cleveland, Ohio to answer to an Indictment charging him with Bank embezzlement and making false entries

in violation of Title 18, Section 656, 1005, U.S.C.

FILED

NOV 15 2021

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

Dated at Cleveland, Ohio
on October 10, 19 69.
Bail fixed at $ 75,000.00

J. A. GREEN
                    Clerk.
By H. W. Hood   Deputy Clerk.

### RETURN

District of    ss

Received the within warrant the 10 day of OCT 19 69 and executed same.

Nov 15, 2021

Pete Elliott US Marshal
By Pete P. Elliott N/OH
On Behalf of John K. Elliott

'Insert designation of officer to whom the warrant is issued, e. g., "any United States Marshal or any other authorized officer"; or "United States Marshal for .....N...... District of ...Ohio..."; or "any United States Marshal"; or "any Special Agent of the Federal Bureau of Investigation"; or "any United States Marshal or any Special Agent of the Federal Bureau of Investigation"; or "any agent of the Alcohol Tax Unit."