Form OBD-113   Order of Dismissal
(Rev. 11-13)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 1:69CR369 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| THEODORE JOHN CONRAD, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of court endorsed hereon, the United States Attorney for the Northern District of Ohio hereby dismisses, with prejudice, the Indictment against Theodore John Conrad, defendant.

_____
REBECCA C. LUTZKO
United States Attorney

Leave of court is granted for the filing of the foregoing dismissal.

_____
SOLOMON OLIVER, JR.
United States District Judge

Date: 5/29/2024